[No. 1026-1.    Division One—Panel 1.    December 6, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD F. MUNGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 4632, Edward M. Nollmeyer, J., entered March 22, 1971. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 1158-1.    Division One—Panel 1.    December 6, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE WAYNE TODD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 46728, Story Birdseye, J., entered May 18, 1971. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 366-3.    Division Three.    December 13, 1971.]

DANIEL C. McDOUGALD *et al.*, *Respondents*, v. EDWARD N. GETOOR & ASSOCIATES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 197174, Raymond F. Kelly, J., entered September 4, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.